UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOYCE GARNER, as Personal Administratrix
of the Estate of James Larry Garner                                          PLAINTIFF

v.                          CASE NO. 2:07-CV-00149 BSM

UNITED STATES OF AMERICA                                                     DEFENDANT

## JUDGMENT

In accordance with the findings of fact and conclusions of law entered of even date herewith, judgment is entered as follows:

A. For Joyce Garner as Personal Administratrix of the Estate of James Larry Garner, deceased, under Tennessee's Survival Statute:

    1. Funeral expenses, $6,439.15;

    2. James Larry Garner's physical and mental pain and suffering, $200,000; and

    3. Lost wages and loss of earning capacity, $281,566.

B. For recovery of incidental damages suffered by Joyce Garner, Teressa Davis, Holly Russell, and Timothy Garner, the decedent's next of kin, including the pecuniary value of the decedent's life under Tennessee's Wrongful Death Statute:

    1. For Joyce Garner, $400,000;

    2. For Teressa Davis, $200,000;

    3. For Holly Russell, $200,000; and

    4. For Timothy Garner, $200,000.

IT IS FURTHER ORDERED that plaintiff receive her costs expended.

Dated this 27th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE