IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOYCE GARNER, as Personal Administratrix of the
ESTATE OF JAMES LARRY GARNER**

                                       **PLAINTIFF**

**VS.**                    **CV 2:07CV00149BSM**

**THE UNITED STATES OF AMERICA**                                **DEFENDANT**

### AGREED ORDER AWARDING COSTS

On February 27, 2009, this Court held a bench trial in the above referenced matter. Plaintiff, Joyce Garner, prevailed at trial and was awarded judgment for damages resulting from her husband, Larry Garner's, wrongful death. Plaintiff seeks to recover certain litigation fees pursuant to 28 U.S.C.A §1920. Being fully apprised of the facts in the case and upon the agreement of counsel, the Court hereby orders as follows:

1. Plaintiff, having prevailed at trial in this matter, is entitled to recover fees pursuant to 28 U.S.C.A §1920 and Federal Rules of Civil Procedure 54(d)1.

2. Plaintiff incurred substantial expenses in successfully pursuing her lawsuit, including total expenses of approximately $11,715.74.

3. Plaintiff is hereby entitled to recover expenses in the amount of $4,871.88 as taxable costs pursuant to 28 U.S.C.A § 1920.

4. Therefore, the Court orders $4,871.88 to be added to judgment in this matter for reimbursement of litigation expenses incurred by Plaintiff.

IT IS SO ORDERED.

                                                        Honorable Brian Miller

Approved by:

*Dan Stripling*

Dan Stripling
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203

and

*Jeff Scriber*

Jeff Scriber
Wilcox Parker Hurst Lancaster & Lacy, PLC
3000 Browns Lane
Jonesboro, AR 72401

2